CA No. 13-1186

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FOREWORD MAGAZINE, INC., a Michigan Corporation

  Plaintiff - Appellee

v.

OVERDRIVE INC., a Delaware Corporation

  Defendant - Appellant

STIPULATION TO DISMISS

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

_____
Lester Sanford Potash, Esq.
Attorney for Appellant
OVERDRIVE INC., a Delaware Corporation

_____
Mark G. Clark, Esq.
Attorney for Appellee
FOREWORD MAGAZINE, INC., a Michigan Corporation

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading has been served on all counsel of record on this 20th day of June, 2013.

_____
Counsel for Appellant(s)